# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 17, 2021

## NO. 03-21-00009-CV

**Ali Mohandesi and Erika Dahl-Stamnes, Appellants**

**v.**

**Ryan McCarley, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on August 17, 2020. Appellants have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.